In the Matter of the Accounting of MINNIE A. KERNAN, as Executrix of ARTHUR T. KERNAN, Deceased, Appellant.

EARL N. BUFFETT, Respondent.

(Submitted September 30, 1935; decided October 8, 1935.)

*George H. Carleton* for motion.

*James C. Danzilo* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files undertaking within ten days.

BARNETT BUDOFF et al., Respondents, *v.* BENJAMIN JAFFE, Appellant, Impleaded with Others.

(Argued September 30, 1935; decided October 8, 1935.)